IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDULLAH MUHAMMAD,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| KEVIN RANSOM, et al.<br>Respondents. | : | NO.  20-cv-4313 |

## ORDER

AND NOW, this 6th day of August, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 2), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 15), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Chad F. Kenney

_____
CHAD F. KENNEY,         J.